# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00236-CV

**Richard Rogers, Jr., Appellant**

**v.**

**Mary Sanchez, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 425TH JUDICIAL DISTRICT
### NO. 09-1485-F425, HONORABLE MARK J. SILVERSTONE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

After receiving notice from the trial court's clerk's office that no payment or arrangement to pay had been made by appellant Richard Rogers, Jr., this Court's clerk's office sent notice by letter dated June 28, 2010, to appellant that the clerk's record was overdue, stating the following:

> The Clerk of this Court filed appellant's notice of appeal on April 22, 2010. Notice was received from the district clerk's office of Williamson County, Texas, on June 11, 2010, indicating appellant has neither paid, nor made arrangements for payment, for the clerk's record. Accordingly, the clerk's record will not be timely filed.
>
> Appellant is requested to make arrangements for the record and submit a status report regarding this appeal. A response regarding this matter is requested by this Court on or before July 08, 2010. Failure to do so may result in the dismissal of this appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b).

> If appellant has not already done so, he is instructed to make a written request to the court reporter and make arrangements for payment of the record. If appellant does not wish to pursue this appeal please file a motion to dismiss.

No clerk's record and no response have been filed.

This appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3.


_____

G. Alan Waldrop, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed for Want of Prosecution

Filed:   August 20, 2010

2